## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SARAH ULIBARRI,**

      **Plaintiff,**

**v.**                                    **No. CIV 16-0510 JCH/LAM**

**THOMAS COCKMAN and**
**WINDOW MART MANUFACTURING, LLC,**

      **Defendants.**

### ORDER ADOPTING JOINT STATUS REPORT AND
### PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
### SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on July 14, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 9*], filed July 8, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**