IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SARAH ULIBARRI,**

       **Plaintiff,**

**v.**                                         **No. CIV 16-0510 JCH/LAM**

**THOMAS COCKMAN and**
**WINDOW MART MANUFACTURING, LLC,**

       **Defendants.**

## ORDER REGARDING ATTENDEES AT SETTLEMENT CONFERENCE

       A settlement conference has been scheduled in this case for **Monday, November 14, 2016 at 9:30 a.m., at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Visiting Judges' Suite 780, Albuquerque, New Mexico.** **No later than Monday, November 7, 2016**, each party shall provide a list of every person who will attend the settlement conference, including each person's role in this case.  Each person attending the settlement conference **must** have a *photo ID* with them to show to the security officers when they enter the Court.   It goes without saying that no weapons or contraband can be brought into the courthouse.  The parties are to submit the lists of attendees *by e-mail* to lmproposedtext@nmcourt.fed.us.

       **IT IS SO ORDERED.**

       *(signature: Lourdes A. Martínez)*
       **LOURDES A. MARTÍNEZ**
       **UNITED STATES MAGISTRATE JUDGE**